**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ENCARNACAO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PHASE FORWARD INCORPORATED, a Delaware corporation; CHRISTOPHER MENARD, an individual; D. ARI BUCHLER, an individual; RUSSELL J. CAMPANELLO, an individual; STEVEN ROSENBERG, an individual; STEVEN POWELL, an individual; and ROBERT K. WEILER, an individual,<br><br>　　　　　Defendants. | Case No. 2:11-cv-05090-ODW (PLA)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS [46] AND VACATING SCHEDULING CONFERENCE [62]** |

Defendant Phase Forward's February 21, 2012 Motion for Judgment on the Pleadings is hereby **DENIED**. The parties are **ORDERED** to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than Friday May 18, 2012, and to file a Joint Rule 26(f) Report no later than Friday May 25, 2012. The Joint Report shall devote particular attention and detail to the proposed discovery plan and anticipated dispositive motions. The August 27, 2012 Scheduling Conference is

hereby **VACATED**; the Court will issue a Scheduling and Case Management Order on the basis of the parties' Joint Rule 26(f) Report.

**IT IS SO ORDERED.**

May 9, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**