**O**

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13  ANTHONY ENCARNACAO,                    Case No. 2:11-cv-05090-ODW (PLA)

14          Plaintiff,                     **ORDER SETTING STATUS CONFERENCE**
          v.

15  PHASE FORWARD INCORPORATED, a
16  Delaware corporation; CHRISTOPHER
    MENARD, an individual; D. ARI
17  BUCHLER, an individual; RUSSELL J.
    CAMPANELLO, an individual; STEVEN
18  ROSENBERG, an individual; STEVEN
    POWELL, an individual; and ROBERT K.
19  WEILER, an individual,

20          Defendants.

21

22          THE COURT, having considered the parties' stipulation for an order setting a

23  Status Conference, and good cause appearing, **HEREBY ORDERS THAT**:

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1. The Court hereby sets a Status Conference in this matter for: **October 3, 2012, at 1:30 p.m.**, at which counsel for all parties shall attend.

**IT IS SO ORDERED.**

September 28, 2012

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**