O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ENCARNACAO,<br><br>            Plaintiff,<br>    v.<br><br>PHASE FORWARD INCORPORATED, a Delaware corporation; CHRISTOPHER MENARD, an individual; D. ARI BUCHLER, an individual; RUSSELL J. CAMPANELLO, an individual; STEVEN ROSENBERG, an individual; STEVEN POWELL, an individual; and ROBERT K. WEILER, an individual,<br><br>            Defendants. | Case No. 2:11-cv-05090-ODW (PLA)<br><br>**ORDER SETTING STATUS CONFERENCE** |

THE COURT, having considered the parties' stipulation for an order setting a Status Conference, and good cause appearing, **HEREBY ORDERS THAT**:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The Court hereby sets a Status Conference in this matter for: **October 3, 2012, at 1:30 p.m.**, at which counsel for all parties shall attend.

**IT IS SO ORDERED.**

September 28, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**